# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2017

Stephen J. Markman,
Chief Justice

154468

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v
                                                         SC: 154468
                                                         COA: 333060

KEITH WAYNE COMBS,
        Defendant-Appellant.
                                                 Branch CC: 15-061542-FH

_____/

       On order of the Court, the application for leave to appeal the July 29, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2017



p0510

                                              Clerk